

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00096-CV

| | | |
|---|---|---|
| Jason E. Haddock | § | From County Court at Law No. 1 |
| | § | of Tarrant County (2011-002290-1) |
| v. | § | February 6, 2014 |
| | § | Opinion by Justice McCoy |
| Texas Workforce Commission and Adecco USA Inc. | § | (en banc) |

## JUDGMENT ON REHEARING EN BANC

After reviewing appellant's motion for rehearing en banc, we deny the motion. We withdraw our October 17, 2013 opinion and judgment and substitute the following.

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Jason E. Haddock shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Bob McCoy_____
    Justice Bob McCoy